ATTORNEY'S NAME: Beaumont, William H 33005
AND ADDRESS: 3801 Canal Street, Suite 207, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2018-04462  DIVISION: I  SECTION: 14

**BARRIOS, EUGENIA**

Versus

**MILLICOM AMERICAS, LLC D/B/A TIGO**

### CITATION - LONG ARM

TO: MILLICOM AMERICAS, LLC D/B/A TIGO

THROUGH: THE LOUISIANA LONG ARM STATUTE AND VIA ITS REGISTERED AGENT: YVETTE WRIGHT

396 ALHAMBRA CIRCLE, SUITE 1100, CORAL GABLES, FL 33134

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 8, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Cederick Favaroth, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within

Petition for Damages

ON MILLICOM AMERICAS, LLC D/B/A TIGO

THROUGH: THE LOUISIANA LONG ARM STATUTE AND VIA ITS REGISTERED AGENT: YVETTE WRIGHT

Returned the same day
No. _____

Deputy Sheriff of _____
Mileage: $ _____

_____ / ENTERED / _____
PAPER       RETURN
_____ / _____ / _____
SERIAL NO.  DEPUTY  PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within

Petition for Damages

ON MILLICOM AMERICAS, LLC D/B/A TIGO

THROUGH: THE LOUISIANA LONG ARM STATUTE AND VIA ITS REGISTERED AGENT: YVETTE WRIGHT

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said MILLICOM AMERICAS, LLC D/B/A TIGO being absent from the domicile at time of said service.

Returned the same day
_____ No. _____

Deputy Sheriff of _____

ID: 9913592    Page 1 of 1



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-4462                                                    DIVISION " " 1 - 14

EUGENIA BARRIOS

VERSUS

MILLICOM AMERICAS, LLC d/b/a TIGO

FILED:_____        _____
                                      DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **EUGENIA BARRIOS**, a person of the full age of majority, who respectfully states as follows:

I.

Made defendant herein is:

   a. **MILLICOM AMERICAS, LLC d/b/a TIGO**, a foreign corporation doing business in the State of Louisiana.

II.

Jurisdiction and venue is proper because the conduct herein sued upon occurred in Orleans Parish, Louisiana.

III.

Defendant is liable to Plaintiff, to wit:

On or about October 20, 2016, plaintiff, **EUGENIA BARRIOS**, received a text message advertisement to his cellular telephone from Defendant.

IV.

This text message advertisement was a solicitation encouraging the Plaintiff to purchase goods from Defendant.

V.

Specifically, the text message encouraged Plaintiff to download Defendant's mobile phone application ("app") and receive 5 free minutes on her pre-paid phone service.

VI.

Defendant sent Plaintiff numerous other similar text message advertisements.

1

VII.

Plaintiff never expressly consented in writing to receive text message advertisements from Defendant on her cellular phone.

VIII.

Defendant's text message advertisements were not addressed to Plaintiff by name, were written in an impersonal manner, and were sent from SMS code "48446."

IX.

Defendant's text message advertisements were sent with an automated telephone dialing system, i.e. it is capable of making numerous text message calls simultaneously and without human intervention.

X.

Upon information and belief, Defendant's practice of sending text message advertisements to consumers is far-ranging and Defendant has sent thousands of such text message advertisements to thousands of consumers.

XI.

Upon information and belief, Defendant knowingly does not obtain the requisite express written consent from any consumer prior to sending these text message advertisements.

XII.

Plaintiff makes this claim on behalf of all similarly situated consumers who have received Defendant's text message advertisements. The number of similarly situated consumers is so numerous that joinder is impracticable; Plaintiff is an adequate representative and her claims are common and typical of the similarly situated consumers; and collective action treatment of their claims is the superior and appropriate means for resolving their disputes with Defendant.

XIII.

Defendant's actions were violations of 47 U.S.C. § 227, *et seq*, also known as the Telephone Consumer Protection Act. Plaintiff seeks for herself and all consumers all statutory damages, including treble damages, available under the law.

XIV.

By sending unauthorized text messages to Plaintiff's phone without consent, Defendant's actions were also violations of La. R.S. 51:1401, *et seq*, also known as the Unfair Trade Practices

and Consumer Protection Law. Plaintiff seeks all remedies available under that Law, including damages and attorney's fees.

**WHEREFORE**, the aforesaid premises considered, Plaintiff prays that Defendant, **MILLICOM AMERICAS, LLC d/b/a TIGO** be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of Plaintiff and against Defendant herein finding said Defendant liable for the full amount of Plaintiff's and all others' damages, and all costs and attorneys' fees together with legal interest from the date of judicial demand until paid. ~~Plaintiff requests a jury trial.~~

Respectfully submitted:

Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan M. Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*Attorneys for Plaintiff*

PLEASE SERVE VIA LONG-ARM:

**MILLICOM AMERICAS, LLC d/b/a TIGO**
via its registered agent:

Yvette Wright
396 Alhambra Circle Suite 1100
Coral Gables, FL 33134

3

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA